UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MOHAMMED AYUB,

                Plaintiff,          **ECF CASE**

     v.

                              07 Civ. 5725 (NRB)

ALBERTO GONZALES, et al.,

                Defendants.      <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          July 10, 2007

                                           Respectfully submitted,

                                           MICHAEL J. GARCIA
                                           United States Attorney for the
                                           Southern District of New York

                             By:   /s/_____
                                           F. JAMES LOPREST, JR.
                                           Special Assistant United States Attorney
                                           86 Chambers Street, 3rd Floor
                                           New York, New York 10007
                                           Telephone: (212) 637-2728
                                           Facsimile: (212) 637-2786
                                           Email: james.loprest@usdoj.gov

TO:    Heidi J. Meyers, Esq.
         20 Vesey Street, Suite 200
         New York, NY 10007