MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10004
Tel. No.: (212) 637-2728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOHAMMED AYUB,                                  :      STIPULATION AND
                                                        ORDER OF TRANSFER
                    Plaintiff,                  :
                                                        07 Civ. 5725 (NRB)
        v.                                      :

ROBERT MUELLER, Director,                       :
Federal Bureau of Investigation, et al.,
                                                :
                    Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned action be, and

hereby is, transferred to the United States District Court for the Eastern District of New York, pursuant to 8 U.S.C. §

1447(b) and 28 U.S.C. § 1631.

Dated:  New York, New York                      LAW OFFICES OF HEIDI MEYERS
        July __, 2007                           Attorneys for Plaintiff

                                        By:    _____
                                                HEIDI JOANNE MEYERS, ESQ.
                                                20 Vesey Street, Suite 200
                                                New York, NY 10007
                                                Tel. No.: (212) 791-4007

Dated:  New York, New York                      MICHAEL J. GARCIA
        July __, 2007                           United States Attorney for the
                                                Southern District of New York
                                                Attorney for Defendants

                                        By:    _____
                                                F. JAMES LOPREST, JR. (FJL:3210)
                                                Special Assistant United States Attorney
                                                86 Chambers Street, 4th Floor
                                                New York, NY 10007
                                                Tel. No.: (212) 637-2728

SO ORDERED:

_____
HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
    7/19/07

Returned to chambers for scanning on 7/25/07
Scanned by chambers on 7/30/07